**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR07-0114-PHX-SRB |
| Plaintiff-Respondent, | CV07-2435-PHX-SRB |
| vs. | **ORDER** |
| Hector Lucero-Gonzalez, | |
| Defendant-Movant. | |

Movant, Hector Lucero-Gonzalez, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on November 30, 2007. The United States filed its response in opposition on April 25, 2008. Movant did not file a reply.

The Magistrate Judge filed his Report and Recommendation on June 20, 2008 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court notes that Defendant/Movant's copy of the Report and Recommendation was returned by the Post Office with the notation "Return to Sender Unclaimed Unable to Forward."

1    The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5    IT IS FURTHER ORDERED that Respondent's Motion to Vacate, Set Aside, or
6 Correct Sentence is denied.  (CR07-0114 doc. 34 and CV07-2435 doc. 1 ).

    DATED this 9th day of July, 2008.

_____
Susan R. Bolton
United States District Judge